UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WITHDRAWAL OF APPEARANCE OF JILL MANUEL-COUGHLIN, HARRY B. REESE, AND KARINA VELTER AND ENTRY OF APPEARANCE OF MICHELLE L. MCGOWAN | Case No.: *See attached* |

## **WITHDRAWAL AND ENTRY OF APPEARANCE**

TO THE CLARK, UNITED STATES BANKRUPTCY COURT:

    KINDLY WITHDRAW my appearance on behalf of Secured Creditor in the Bankruptcy matters attached hereto as Exhibit A.

Respectfully submitted,

/s/Jill Manuel-Coughlin
Jill Manuel-Coughlin

/s/Harry B. Reese
Harry B. Reese

/s/Karina Velter
Karina Velter

    KINDLY ENTER my appearance on behalf of Secured Creditor in the Bankruptcy matters attached hereto as Exhibit A.

Respectfully submitted,

/s/ Michelle L. McGowan
Michelle L. McGowan, Esquire