EASTERN DISTRICT OF PENNSYLVANIA

| Case Number | Debtor(s) |
|---|---|
| 17-15021 MDC | Torre L. Adams |
| 22-12174 AMC | Sharron C. Thompson |
| 18-12611 AMC | Yasmeen Turner |
| 18-16940 MDC | Robert A. Hartnett, Jr and Nancy Jo A. Hartnett |
| 18-16669 MDC | Andrew M. Mallory |
| 18-18358 AMC | Allen Kifer and Kathleen Kifer |
| 18-18368 AMC | Jennifer M. Cislo |
| 19-10758 PMM | Marcie A. Dover |
| 19-10723 AMC | Shawn L. Blue<br>dba Shawn L. Blue Clinical Psy, LLC<br>dba Blue Boutique |
| 19-14128 AMC | Jessica Zuniga, fka Jessica Ann Maurer and Rodolfo Zuniga |
| 19-14244-MDC | Adrienne Patterson |
| 19-15694 MDC | Andrew McDevitt and Gina Puggi-McDevitt |
| 22-11600 AMC. | Brigitte E. Shramban<br>aka Brigita Elizabeth Shramban<br>aka Brigite Shramban |
| 19-17646 PMM | Carlton Eugene Rodgers and Lucille Vanesa Rodgers |
| 20-10099 AMC | Willi Eugene Duffner |
| 23-12511 MDC | Vernon L. Hemsley |
| 20-10808 MDC | Gilberto Aponte |
| 20-10572 PMM | Donald Lee Moore, Jr. |
| 20-10957 MDC | Michael J. Cunnane and Susan J. Cunnane |
| 21-12581 AMC | Kevin P. Farrell<br>aka Finish Carpentry Contractors and Linda A. Farrell |
| 20-11409 MDC | Maureen C. Weber |
| 20-11405 PMM | Hakiema Muhammad |
| 20-11476 JKF | Rhonda N. Hatcher |
| 20-11905 PMM | James Wallace Stowman, Jr. and Yvette Marie Stowaman |
| 20-14001 AMC | Rose Aloisi |
| 20-12158 PMM | Thomas J. D'Antonio and Amy L. D'Antonio |
| 20-12363 PMM | James Dionysus Boyd |
| 20-12486 MDC | Rose A. Allen |
| 20-12654 MDC | James F. Colden |

1

| Case Number | Debtor(s) |
|---|---|
| 20-12774 AMC | Lynn Cox |
| 20-12991 MDC | Scott Charles Hoffman and Sandra Gayle Hoffman |
| 20-13079 MDC | Michael Sweeney and Dena Sweeney |
| 20-13122 MDC | Jose D. Salom, aka Jose D Ferrera, aka Jose D Salom Ferrera |
| 20-13906 PMM | Bryan Lloyd Badertscher |
| 20-14326 PMM | Nathaniel J. Guessford and Belinda Guessford |
| 20-14601 PMM | Jamie Lee Schwenz fka Jamie Lee Hoffman |
| 20-14604 AMC | Brian Linwood Harris |
| 20-14742 PMM | Jay A. Decker and Debra N. Smith |
| 21-10156 MDC | Oscar Londono |
| 21-10259 MDC | Daniel H. Pope and Lisa J. Pope |
| 21-10489 AMC | Francene Murray |
| 19-18021 PMM | Scott A. Guinther and Marcia A. Guinther |
| 21-10671 MDC | Julio Oscar Maya and Veronica Maya |
| 21-10952 PMM | Regina S. Major |
| 21-11152 AMC | Maribel Roman-Toledo |
| 21-11147 MDC | David D. Neuber |
| 21-11166 PMM | Michael A. Golson and Shannon O. Golson aka Shannon Faison |
| 21-11450 PMM | Robert Don Bosco, III and Jessica Arlene Bosco |
| 21-11483 PMM | William R. Butensky |
| 21-11797 AMC | Kim Simmons |
| 21-11777 MDC | Joseph McGowan |
| 21-10932 PMM | Michael A. Green and Tonya J. Smith-Green |
| 21-12217 MDC | Tammy R. Cherwinski |
| 21-12984 MDC | Lee G. O'Malley |
| 21-13107 PMM | Kevin J. Kauffman |
| 21-13422 PMM | Christine L. Barlet |
| 22-10095 PMM | Eugenia C. Thomas aka Eugenia Chyvonne Thomas aka Eugenia Thomas aka Eugenia Thomas-Clifton |
| 22-10678 PMM | Deanna M. Haluska |
| 22-10772 PMM | Meridith Lyn Kutz |

| Case Number | Debtor(s) |
|---|---|
| 22-10806 MDC | Thomas J. Bontemps and Amelia C. Bontemps |
| 22-13075 MDC | Jerry A. Michel |
| 22-11057 MDC | Kenneth A. Ruzat |
| 22-11201 PMM | Craig Joseph Kozarski<br>aka Craig J. Kozarski and Lisa J. Kozarski<br>aka Lisa Kozarski |
| 22-11248 PMM | William G. Klinger, Sr.<br>aka Bill Klinger |
| 22-13420 PMM | Ethan Michael Medgie |
| 22-11976 AMC | Melvin Bates |
| 22-12152 AMC | Andrea L. Swift |
| 22-12602 MDC | Anthony DeCarlo |
| 22-12778 MDC | Jack T. Garis and Elizabeth M. Garis |
| 22-13370 MDC | Orlando Hernandez Torres, Jr. and Carmensita Delia Hernandez Torres |
| 23-10202 PMM | Orville Dunstan |
| 23-10472 PMM | Diane R. Hawkey<br>aka Diane Edwards<br>aka Diane Renee Hawkey |
| 23-10617 MDC | Michelle Nicole Colley |
| 23-10663 PMM | Theresa Marie Zerby |
| 23-10624 AMC | Harry F. Smithers and Kelliann Smithers |
| 23-10716 PMM | Andre Bullock |
| 23-10848 AMC | Anthony J. Manzo and Sophie M. Manzo |
| 23-11155 AMC | Joann Morton and Robert Morton |
| 23-11175 MDC | Camelia Bell |
| 23-11243 PMM | Charles Randolph Berger |
| 23-11350 PMM | Jermaine L. Simmons and Lisa Tamika Simmons |
| 23-11394 PMM | Idriss K. Byrd |
| 23-11428 PMM | Linda M. Montgomery |
| 21-12284 PMM. | Dale Schuman |
| 23-11710 PMM | Susan Michelle Hegarty |
| 23-11827 AMC | Jeannette Garcia |
| 23-11963 PMM | Mary Ann Galucy |
| 23-12025 AMC | Vickie L. Klimaszewski |
| 23-12187 PMM | William Steven Stanaitis and Penny Mifflin Stanaitis |
| 23-12285 PMM | Anthony Edward Morris, Jr.<br>aka Tony Morris |

| Case Number | Debtor(s) |
|---|---|
| 23-12524 AMC | Allyson M. Franck |
| 22-11627 PMM | Connie L. Fry |
| 23-12691 AMC | Kia Hunley |
| 23-12692 MDC | Jason Szor and Amy Szor |
| 23-12893 MDC | Jason Michael Walsh |
| 23-12935 PMM | Fawzi Atra |
| 23-13013 MDC | Matthew J. Howard and Michelle R. Howard |
| 23-13080 AMC | Creighton O. Benedict |
| 23-13153 PMM | Anthony Polito and Danielle Polito |
| 24-10128 PMM | Georgia M. Graver |
| 23-13556 PMM | Augustine Blanco<br>aka Augustine Gus Blanco Carab |
| 23-13730 AMC | Shawn Michael Pancoast<br>aka Shawn Michael Lee Pancoast |
| 23-13735 AMC | Jeffrey Lawrence Butler and Nancy Rose Butler |
| 23-13841 AMC | Donald Purifoy, Jr.<br>aka Donald Purifoy and Karyn B. Purifoy<br>aka Karyn Purifoy |
| 24-10430 PMM | Michael Jon Shannon |
| 24-10615 PMM | Jaime Torres |
| 24-10644 PMM | Maliam L. Morales |

4