Certificate Number: 16339-PAE-DE-038767216

Bankruptcy Case Number: 17-15021



16339-PAE-DE-038767216

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2024, at 1:52 o'clock PM EDT, Torre L. Adams completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 14, 2024               By:    /s/Kelley Tipton

                                      Name:  Kelley Tipton

                                      Title: Certified Financial Counselor