**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: <br>     TORRE L ADAMS <br><br> **Debtor** | Chapter 13 <br><br> Case No.17-15021-PMM |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                            Respectfully submitted,

Date: September 11, 2024        By:    */s/ Kenneth E. West*

                                            Kenneth E. West, Esquire, Chapter 13 Trustee
                                            P.O. Box 40837
                                            Philadelphia, PA  19107
                                            (215) 627-1377 (Phone)