IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TORRE L ADAMS | CHAPTER 13<br><br>BANKRUPTCY NO. 17-15021-PMM |
| **Debtor** | |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

TORRE L ADAMS
7941 PICKERING STREET
PHILADELPHIA, PA  19150

B. and by electronic service only:

Creditor

WELLS FARGO BANK N.A.
PAYMENT PROCESSING MAC# F2302-04C
1 HOME CAMPUS
DES MOINES, IA  50328

Debtor's Attorney

CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA  19102

Dated:  9/11/2024

/s/ Kenneth E.West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee