United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Torre L. Adams  
    Debtor

Case No. 17-15021-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Sep 12, 2024     Form ID: 138OBJ     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Torre L. Adams, 7941 Pickering Street, Philadelphia, PA 19150-1329 |
| 13961620 | + | Dionte Wade, Deputy Revenue Commissioner, 1401 JFK Blvd, Room 200, Philadelphia, PA 19102-1600 |
| 13961626 | + | Jeanne Trent-Dow, Deputy Revenue Commissioner, 1401 JFK Blvd, Room 480, Philadelphia, PA 19102-1621 |
| 13961627 | + | Marco Muniz, Esquire, Deputy Revenue Commissioner, 1401 JFK Blvd, Room 200, Philadelphia, PA 19102-1600 |
| 13961629 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13961635 | | Wells Fargo Home Mor, Written Correspondence Resolutions, MAC#2302-04E, DesMoines, IA 50306 |
| 13961636 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |
| 13976320 | #+ | William E. Craig, Esquire, Morton & Craig, LLC, Atty for Santander Consumer USA, Inc., 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3124 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13961617 | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13961618 | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14038077 | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13961615 | + | Email/Text: ecf@ccpclaw.com | Sep 13 2024 00:17:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13961619 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 00:17:00 | Commonwealth of PA, Dept. of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13961621 | | Email/Text: bankruptcycourts@equifax.com | Sep 13 2024 00:17:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 13961622 | ^ | MEBN | Sep 13 2024 00:03:25 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13961623 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 13 2024 00:20:09 | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13961624 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2024 00:17:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13972992 | | Email/PDF: cbp@omf.com | Sep 13 2024 00:20:49 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47731-3251 |
| 13961628 | + | Email/PDF: cbp@omf.com | Sep 13 2024 00:19:55 | OneMain, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 13961631 | ^ | MEBN | Sep 13 2024 00:03:31 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14012504 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2024 00:17:00 | PNC Bank, N.A., PO Box 94982, Cleveland, Ohio 44101 |
| 13961632 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2024 00:17:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14244446 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2024 00:37:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk VA 23541 |
| 13957436 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2024 00:20:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13961630 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 13 2024 00:17:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14081435 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 13961633 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 13 2024 00:17:00 | Santander Consumer USA, PO Box 961245, Ft Worth, TX 76161-0244 |
| 13967866 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 13 2024 00:17:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 13957699 | ^ | MEBN | Sep 13 2024 00:03:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13961634 | | Email/Text: DASPUBREC@transunion.com | Sep 13 2024 00:17:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 13997726 | | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2024 00:20:22 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13982098 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 13 2024 00:20:23 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14637030 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 13 2024 00:20:09 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 13997948 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 13 2024 00:20:11 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13961616 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13961625 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

**Name**  **Email Address**

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
  on behalf of Debtor Torre L. Adams help@cibiklaw.com
  noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
  on behalf of Creditor WELLS FARGO BANK  N.A. mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
  on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov

PETER E. MELTZER
  on behalf of Creditor OneMain Financial of Pennsylvania  Inc. bankruptcy@wglaw.com, ibernatski@wglaw.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
  on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7

*Form 138OBJ* (6/24)−doc 96 − 94

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Torre L. Adams ) Case No. 17−15021−pmm
)
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            Eastern District of Pennsylvania
            900 Market Street
            Suite 400
            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 12, 2024                                                         For The Court

                                                                                Timothy B. McGrath
                                                                                Clerk of Court